CARDINAL PROPERTIES v. THE BOROUGH OF WESTWOOD
AND NITE AND DAY TOWING, INC.

June 21, 1988.

Petition for certification denied.

LOUIS COPE v. MICHAEL PFEIFER.

June 21, 1988.

Petition for certification denied.

SARA BRUINOOGE AND ROBERT GUINDON v. CLIFTON
TOWNSHIP PLANNING BOARD.

June 21, 1988.

Petition for certification denied.

GALARN BUILDERS, INC. v. THE CAMDEN FIRE INSURANCE
ASSOCIATION.

June 21, 1988.

Petition for certification denied.